UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judith Cohen,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Ryan Cohen, et al.,<br><br>　　　　　　　　Defendants. | 22-CV-9733 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　On December 12, 2022, this case was consolidated under the lead case *In re Bed Bath & Beyond Inc. Section 16(b) Litigation*, Case No. 22 Civ. 9327. *See* ECF No. 23. On June 11, 2024, this Court issued an Opinion & Order in the lead case, granting Defendants' motion to dismiss and dismissing Plaintiffs' claims as moot. *See* No. 22 Civ. 9327, ECF No. 96. The Clerk of Court subsequently entered judgment and closed that case. *See* No. 22 Civ. 9327, ECF No. 97. However, this member case was not closed despite all claims having been resolved in the consolidated action. Accordingly, the Clerk of Court is respectfully directed to close Case No. 22 Civ. 9733.

SO ORDERED.

Dated: October 16, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge